# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LEONID SHIFRIN | ) | Case No. 12-22722 MER |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| HARVEY SENDER, as Chapter 7 Trustee | ) | Adversary No.14-1283 MER |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| MARK SHIFRIN, SOFIA SHIFRIN, | ) | |
| GLASGOW, INC. dba COLONIAL FINANCIAL | ) | |
| INC., GLASGOW SALES, INC., USWSL | ) | |
| GROUP INC., dba 5280 MOTORS INC., | ) | |
| USXLP INC. dba MOVERS INC., 67TH AVENUE | ) | |
| INC. dba NEIGHBORS MOCING, FATHER | ) | |
| AND SONS MOVING, 67TH AVENUE | ) | |
| MOVERS INC., 67 AVENUE LOGISTICS INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT**

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on 7/14/2014 and the relevant responses and replies thereto, if any. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: September 30, 2014                                    BY THE COURT:

_____
United States Bankruptcy Court Judge